# United States District Court

-------------------------- DISTRICT OF KANSAS---------------------------

**DARWIN GORDON,**

       **Plaintiffs,**

**v.**                                    Case No:  23-2060-JAR

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      This Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings.1 *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS SO ORDERED.**

Dated:   December 4, 2023            SKYLER B. O'HARA
                                              CLERK OF THE DISTRICT COURT

                                              by:  *s/ Sarah Spegal*
                                                       Deputy Clerk